UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WEST COAST LIFE INSURANCE COMPANY,

    Plaintiff,

v.      Case No: 2:14-cv-175-FtM-38DNF

BOURKE J. GORMAN, EDWARD J. GORMAN, III, PATRICK A. GORMAN and THOMAS E. MURPHY,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on the Defendant, Edwin J. Gorman, III's Cross Defendant's Motion to Dismiss Counter/Cross Plaintiff, Bourke J. Gorman's Counter-Claim for Declaratory Judgment (Doc. #35) filed on June 30, 2014.  On August 22, 2014, the Defendant Bourke Gorman filed, with leave of the Court, his Amended Counter/Cross-Complaint (Doc. #44).  Therefore, Edwin Gorman, III's Motion to Dismiss is due to be denied as moot.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

The Defendant, Edwin J. Gorman, III's Cross Defendant's Motion to Dismiss Counter/Cross Plaintiff, Bourke J. Gorman's Counter-Claim for Declaratory Judgment ([Doc. #35](Doc. #35)) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida this 29th day of August, 2014.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record