UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WEST COAST LIFE INSURANCE COMPANY,

        Plaintiff,

v.

BOURKE J. GORMAN, EDWARD J. GORMAN, III , PATRICK A. GORMAN and THOMAS E. MURPHY,

        Defendants.
_____/

Case No:   2:14-cv-175-FtM-38DNF

## ORDER

This matter comes before the Court on the Cross Defendant, Thomas E. Murphy's Motion to Dismiss Counter/Cross Plaintiff, Bourke J. Gorman's Counter-Claim for Declaratory Judgment (Doc. #36) filed on June 30, 2014.  On August 22, 2014, the Defendant Bourke Gorman, with leave of the Court, filed his Amended Counter/Cross-Complaint (Doc. #44). Therefore, Cross Defendant, Thomas E. Murphy's Motion to Dismiss is due to be denied as moot.

Accordingly, it is now **ORDERED:**

The Defendant, Cross Defendant, Thomas E. Murphy's Motion to Dismiss Counter/Cross Plaintiff, Bourke J. Gorman's Counter-Claim for Declaratory Judgment (Doc. #36) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida this 29th day of August, 2014

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record