UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WEST COAST LIFE INSURANCE COMPANY,

    Plaintiff,

v.                                        Case No: 2:14-cv-175-FtM-38DNF

BOURKE J. GORMAN, EDWARD J. GORMAN, III, PATRICK A. GORMAN, THOMAS E. MURPHY and HELEN GORMAN,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on Defendant, Thomas E. Murphy's Motion to Strike Bourke Gorman's Declaration in Support of Her Motion for Summary Judgment (Doc. #100) filed on March 30, 2015. On April 8, 2015, the Court denied Bourke Gorman's Motion for Summary Judgment as premature. Given that the Motion for Summary Judgment was denied, the Motion to Strike Gorman's declaration in support of the Motion for Summary Judgment is moot. Thus, the Motion to Strike is denied as moot.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Defendant, Thomas E. Murphy's Motion to Strike Bourke Gorman's Declaration in Support of Her Motion for Summary Judgment (Doc. #100) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida this 27th day of April, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record