UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WEST COAST LIFE INSURANCE COMPANY,

    Plaintiff,

v.                                                                 Case No: 2:14-cv-175-FtM-38MRM

BOURKE J. GORMAN, EDWARD J. GORMAN, III , PATRICK A. GORMAN, THOMAS E. MURPHY and HELEN GORMAN,

    Defendants.
_____/

## **ORDER**[1]

This matter comes before the Court on review of the file.  On May 12, 2015, the Court issued an Amended Case Management and Scheduling Order (Doc. #111) setting a final pretrial conference for January 15, 2016, and a trial term for February 1, 2016.  The Court anticipates that the visiting judge, the Honorable Paul A. Magnuson, Senior United States District Judge for the District of Minnesota, will handle the pending motions and trial in this case.  Therefore, the case will be reset to the visiting judge's calendar for February 2016.

A Default Judgment Hearing is scheduled for Monday, January 11, 2016, at 3:00pm. before Judge Magnuson at the United States Courthouse, 2110 First Street, Fort

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Myers, Fl. 33901 in Courtroom 5-D.  A Status/Final Pretrial Conference will be scheduled before Judge Magnuson under separate cover in early 2016.  Questions regarding scheduling or Judge Magnuson's preferences should be directed to Courtroom Deputy Jackie Phipps at 651-848-1156.

Accordingly, it is now

**ORDERED:**

The Clerk of Court shall **CANCEL** the final pretrial conference and trial term before the undersigned.  A separate notice and trial calendar will issue resetting the deadlines before the Honorable Paul A. Magnuson.

**DONE and ORDERED** at Fort Myers, Florida, this 3rd day of December 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Hon. Paul A. Maguson
Counsel of Record
DCCD